IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD SCHOOL DISTRICT,

       Plaintiff,

       v.

STUDENT,

       Defendant.

Civ. No. 1:22-cv-01366-AA

JUDGMENT

This action is DISMISSED with prejudice. Each side shall bear its own costs and fees.

DATED: 12/15/2023

                            Melissa Aubin, Clerk

                            By   /s/ C. Kramer
                                  Deputy Clerk